# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145010 & (17)(19)(20)

GE MONEY BANK,
        Plaintiff-Counter
        Defendant-Appellee,

v

CONSTANCE HADDAD,
        Defendant-Counter
        Plaintiff-Appellant.

SC: 145010
COA: 306506
Ingham CC: 11-000655-AV

_____/

      On order of the Court, the motion for immediate consideration of the motion to quash subpoena and direct the transmission of the record is GRANTED. The motion to quash subpoena and direct transmission of the record is DENIED. The motion to waive fees and costs and for miscellaneous relief is DENIED; this ruling does not affect the Court's earlier waiver of the defendant's filing fee. The application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

d0716